ingly, the decision by the Court of Federal claims to dismiss Mr. Siler's complaint is affirmed.

AFFIRMED. *See* Fed. Cir. R. 36.

**ROMAG FASTENERS, INC.,**
Plaintiff–Appellee,

v.

**MITZI INTERNATIONAL HANDBAG & ACCESSORIES, LTD.,**
Defendant–Appellant.

No. 05–1342.

United States Court of Appeals,
Federal Circuit.

Feb. 15, 2006.

Rehearing Denied March 13, 2006.

Before SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

**Larry O. WORRELL, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 05–3179.

United States Court of Appeals,
Federal Circuit.

Feb. 17, 2006.

Rehearing Denied March 14, 2006.

